IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV445-DCK

| | |
|---|---|
| GARY ROSE, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>SLM FINANCIAL CORP. and<br>SLM MORTGAGE CORPORATION-NC,<br><br>      Defendants. | **ORDER GRANTING DEFENDANTS' MOTION TO RESCHEDULE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Reschedule Hearing On Plaintiff's Motion For Class Certification" (Document No. 58) filed July 15, 2008. Having carefully considered the motion, the record, and the applicable authority, the undersigned will grant Defendants' motion.

**IT IS, THEREFORE, ORDERED** that the Status and Motions hearing currently set for August 12, 2008, shall be rescheduled for September 4, 2008. The parties shall appear before the undersigned on **September 4, 2008,** prepared to summarize the status of the case and to argue any pending motions. The Clerk of Court will issue a separate Amended Notice Of Hearing confirming the date, time, and location of the hearing.

Signed: July 15, 2008

David C. Keesler
United States Magistrate Judge